**PRISONER CASE**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**FILED**
MAY 0 2 2008
May 02 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** KIMBERLY ANN ROTHUNDE | **Defendant(s):** CHIEF WITHERSPOON, et al. |
| **County of Residence:** LAKE | **County of Residence:** |
| **Plaintiff's Address:**<br>Kimberly Ann Rothunde<br>L-73960<br>Lake - LCJ<br>P.O. Box 38<br>Waukegan, IL 60086 | **Defendant's Attorney:**<br><br>**08CV2519**<br>**JUDGE GETTLEMAN**<br>**MAGISTRATE JUDGE COX** |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [✓] Yes  [ ] No

**Signature:** A.E. Woodham   **Date:** 04/30/2008