Clerk of the Court
I have no way to make copies so would like one copy for myself also one each for each Plantiff

Thank you.

Kimberly A Rathunde   L73960
P.O. Box 38
Waukegan IL 60079

4-26-08

**FILED**
MAY 2 2008
May 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV2519
JUDGE GETTLEMAN
MAGISTRATE JUDGE COX