I am moving to Dwight
C.C. address:
23813 E. 3200 North Rd
Dwight IL. 60420-8144

Kimberly A. Rothunde R38467

My case # is 08CV2519

Change of Address

Kimberly Ann Rothunde -vs- Chief Witherspoon et al

Judge Gettleman

Magistrate Cox

FILED
MAY 13 2008  MAY 1 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT