**FILED**
**JULY 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAY 2 2008
May 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Kimberly Ann Rothunde
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Chief Witherspoon
Officer Mic
Officer Oberg
Officer Nixon
Lt Mercardo
Lake Co Jail
All John Does

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV2519
JUDGE GETTLEMAN
MAGISTRATE JUDGE COX

Case No:_____
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
    U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS") ACTION), TITLE
    28 SECTION 1331 U.S. Code** (federal defendants)

___ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

  A. Name: Kimberly Ann Rothurok

  B. List all aliases: Kimberly Ann Paladino

  C. Prisoner identification number: L239160

  D. Place of present confinement: Lake Co. Jail

  E. Address: 20 S County Waukegan IL 60085

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

  A. Defendant: Chief Witherspoon

  Title: Chief at Lake Co Jail

  Place of Employment: Lake County Jail

  B. Defendant: Officer Oberg

  Title: Correctional Officer

  Place of Employment: Lake Co. Jail

  C. Defendant: Officer Mic

  Title: Correctional Officer

  Place of Employment: Lake Co. Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II Defendents

   D. Defendent : Officer Dixon
      Title : Correctional officer
  Place of employment: Lake Co. Jail

   E. Defendent: Lt. Mercardo
      Title : Lt.
  Place of employment Lake Co. Jail

   F. Defendent : Lake County Jail
      Title : County Jail
  Place of employment Lake Co. FL.

   G. Defendent : John Does
      Title : Officers, County officials
      Lt, Chiefs,
  Place of Employment Lake Co. Jail FL.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I have been called names and cussed at and about by officer O'berg. I have been retaliated against for grievences I have written on officers. Officer Ober lied and said I stole something from the food cart at lunch. I asked to be search search my cell, and check the food cart off. Nixon and Lt Mercard would do none of that only locked me down and I lost my Pod Job. I was innocent. Excessive lock downs by officer Nixon and officer mic in retailation for grievences. Office Obercy came im sse at lunch time and bragged to other inmates that she got me locked down and called me a bitch I asked to see command over this for 2 days and I sent requests to see command and wrote grievences nothing

4                                                                          Revised 9/2007

was ever done and command never came to see me. I never had any lock downs before I wrote my 1st grievenc. on off. mic she pushed chairs off a table and was in a fit of rage screaming at another inmate. It scared me and I am very intimidated now here. Officer Oberg called Nurse Mary a bitch I told her that was inappropriate, She called me a smart ass and she started her harrasement @tward me. Officer Oberg also had other inmates lie on me and flip me off through the window in the rec area. When I told CFC. Nixon, she said if I tell her about any more incidents I will go to max. Ken Clark came to visit me other visitors were put before him, he asked to see command nothing happend Nothing happen's in regards to my grievences I have been harrassed, humiliated and disrespected by officers. I am also very intimidated here.

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want pumtive damages
I want officers reprimanded
I want off. Oberg fired
I want off & Lt. suspended
I also want apologys.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 26th day of April, 20 08

_____
(Signature of plaintiff or plaintiffs)

Kimberly A. Rothunde
(Print name)

L73960
(I.D. Number)

Lake Co. Jail
P.O. Box 38
Waukegan IL. 60079
(Address)

6

Revised 9/2007