MHN

**F I L E D**
7-29-2008
JUL 2 9 2008  MB

08 CV 2519

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk of Court
Michael W. Dobbins.

Case #08C2519  Judge Robert W. Gettleman
Case title:
Kimberly Rothunde
-vs-
Witherspoon, et al.

I was not aware that monies
would be deducted off
my trust fund account, I
have no money to spare here
I am in prison. The law
library here informed me
that all fee's can be deducted
off any settlement I
received, that is what I
would like to do. I also have been
refused by the court an appointed
lawyer, I have no way in
here to contact lawyers, please
inform me if the courts will
appoint me one or not before
I sign anything. Thank you