U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                              Case Number: 08CV2519
Kimberly Ann Rothunde v. Mercado, et al

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Megan Mercado; Sherry Michmershuizen, incorrectly named as "Officer Mic"; Carmen Oberg; and Antoinette Nixon

| | |
|---|---|
| NAME (Type or print) <br> Janelle K. Christensen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Janelle K. Christensen | |
| FIRM <br> Lake County State's Attorneys Office | |
| STREET ADDRESS <br> 18 North County St | |
| CITY/STATE/ZIP <br> Waukegan, IL 60085 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6220116, Illinois State Bar | TELEPHONE NUMBER <br> 847-377-3050 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |