UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY ANN ROTHUNDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO.  08 CV 2519 |
| | ) | JUDGE GETTLEMAN |
| MEGAN MERCADO, | ) | MAGISTRATE JUDGE COX |
| SHERRY MICHMERSHUIZEN, | ) | |
| CARMEN OBERG and | ) | |
| ANTOINETTE NIXON, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE

    I, Janelle K. Christensen, an attorney, certify that I served a copy defendants' Appearance and copies of the defendants' Waivers of Service upon Kimberly A. Rothunde via U.S. Mail on August 18, 2008.

                                        By:   s/Janelle K. Christensen

Janelle Christensen  # 6220116
Assistant State's Attorneys
18 North County Street
Waukegan, IL 60085
(847) 377-3050